■ In the Matter of Isaac J., Appellant. Monroe County Attorney, Respondent. [971 NYS2d 725]—

Appeal from an order of the Family Court, Monroe County (Gail A. Donofrio, J.), entered January 3, 2012 in a proceeding pursuant to Family Court Act article 3. The order adjudicated respondent to be a juvenile delinquent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Respondent appeals from an order of disposition adjudicating him a juvenile delinquent based on the finding that he had committed acts that, if committed by an adult, would constitute the crime of assault in the third degree (Penal Law § 120.00 [1]). We reject respondent's contention that the evidence is legally insufficient to establish that he intended to cause physical injury to the victim or that the victim sustained such injury (*see Matter of Santoshia L.*, 202 AD2d 1027, 1027 [1994]; *see also People v Stearns*, 72 AD3d 1214, 1217 [2010], *lv denied* 15 NY3d 778 [2010]). Although we conclude that a different result would not have been unreasonable inasmuch as respondent testified to a version of the incident different from that presented by petitioner, we perceive no basis to disturb Family Court's resolution of witness credibility (*see Matter of Eric A.*, 66 AD3d 603, 603 [2009]; *Matter of Brooke II.*, 45 AD3d 1234, 1234-1235 [2007]). We further conclude that the court did not fail "to give the evidence the weight it should be accorded" (*People v Bleakley*, 69 NY2d 490, 495 [1987]; *see Matter of Travis D.*, 1 AD3d 968, 969 [2003]). Present—Smith, J.P., Peradotto, Carni and Lindley, JJ.